Harold WASSERMAN, Petitioner-
Appellant,

v.

The MUNICIPAL COURT OF the AL-
HAMBRA JUDICIAL DISTRICT,
Respondent-Appellee.

No. 26757.

United States Court of Appeals,
Ninth Circuit.

Sept. 17, 1974.

Edwin M. Rosendahl (argued), Bever-
ly Hills, Cal., for petitioner-appellant.

Robert Lederman, Deputy Dist. Atty.
(argued), Los Angeles, Cal., for respon-
dent-appellee.

Before BARNES, DUNIWAY and
WRIGHT, Circuit Judges.

OPINION

PER CURIAM:

The original opinion in this case is re-
ported at 9 Cir., 449 F.2d 787. On cer-
tiorari the Supreme Court vacated and
remanded on July 25, 1973, 413 U.S.
910–911, 93 S.Ct. 3036, 37 L.Ed.2d 1025.
This court, in the light of this and other
remands by the Supreme Court, ordered
this case heard in banc. The full court
has now returned the case to this panel.

The order appealed from is vacated
and the case is remanded to the district
court for further consideration in the
light of the cases listed in the mandate
of the Supreme Court, 413 U.S. at 911,
and of the following more recent deci-
sions of that Court: Jenkins v. Georgia,
1974, 418 U.S. 153, 94 S.Ct. 2750, 41 L.

Ed.2d 640 (June 24, 1974); Hamling v.
United States, 1974, 418 U.S. 87, 94 S.
Ct. 2887, 41 L.Ed.2d 590 (June 24, 1974).

Vacated and remanded.

CHIP STEAK CO., INC., and Vao L.
Cheney, as President, Plaintiffs-
Appellants,

v.

Earl A. BUTZ, Secretary of Agri-
culture, et al., Defendants-
Appellees.

No. 73–1776.

United States Court of Appeals,
Ninth Circuit.

Sept. 23, 1974.

George A. McKray (argued), San
Francisco, Cal., for plaintiffs-appellants.

Brian B. Denton, Asst. U. S. Atty.
(argued), San Francisco, Cal., for de-
fendants-appellees.

Before HAMLEY and DUNIWAY,
Circuit Judges, and NEILL,* District
Judge.

OPINION

PER CURIAM:

The judgment is affirmed for the rea-
sons stated in the opinion of the district
court, reported in Chip Steak, Inc. v.
Hardin, 353 F.Supp. 438 (N.D.Cal.
1973).

* The Honorable Marshall A. Neill, United States District Judge for the Eastern District of
Washington, sitting by designation.